**Order entered November 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00771-CV

**ANDREA M. REYES, Appellant**

**V.**

**GUADALUPE TORRES AND ROSALINDA SILVA, Appellees**

**On Appeal from the 193rd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-13110**

## ORDER

Before the Court is appellant's November 14, 2019 motion for a fifteen-day extension of time to file her brief on the merits. We **GRANT** the motion and **ORDER** appellant's brief on the merits be filed no later than December 2, 2019.

/s/  BILL WHITEHILL
    JUSTICE